UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VICTOR HUGO CANALES; aka RIVERA-SALAZAR, | § § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-330 |
| | § | |
| LORIE DAVIS, | § § § | |
| Respondent. | § | |

## **ORDER ADOPTING MEMORANDUM & RECOMMENDATION**

Before the Court is Magistrate Judge Julie Hampton's Memorandum and Recommendation (M&R). (D.E. 33). The M&R recommends that the Court grant Respondent's motion for summary judgment (D.E. 15) and dismiss Petitioner's petition for writ of habeas corpus (D.E. 1). However, the M&R recommends that the Court grant Petitioner a certificate of appealability. (D.E. 33, p. 2); *see* 28 U.S.C. § 2253(c).

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* U.S.C. § 636(b)(1); Fed R. Civ. P. 72(b); General Order No. 2002-13. Petitioner timely filed objections to the M&R. (D.E. 44).[1] Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Petitioner's

---

[1] Petitioner also filed a premature motion for a certificate of appealability in Docket Entry 45. The Magistrate Judge terminated the premature motion, as the district court had not yet ruled on the M&R at that time, and indicated that the filing should be construed as objections to the Magistrate Judge's recommendation to grant a certificate of appealability on only a single issue. (D.E. 47). Accordingly, the Court has considered Docket Entry 45 as objections to the M&R (D.E. 33) and overrules those objections to the extent they are contrary to the M&R's recommendation.

objections were directed, 28 U.S.C. § 636(b)(1), the court **OVERRULES** Petitioner's objections. (D.E. 44).

Accordingly, the Court:

(1) **ADOPTS** the M&R in its entirety. (D.E. 33).

(2) Respondent's motion for summary judgment (D.E. 15) is **GRANTED**.

(3) Petitioner's petition for writ of habeas corpus is **DENIED**. (D.E. 1).

(4) A certificate of appealability is **GRANTED** only as to the following issue: Whether the state court's denial of Petitioner's ineffective-assistance claim was contrary to, or an unreasonable application of, clearly established federal law where counsel failed to object or seek a curative instruction to the state's questioning about the details of Petitioner's prior drug conviction. *See* (D.E. 33, p. 23).[2]

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
        January 7, 2021

---

[2] Petitioner also prematurely filed a notice of appeal (D.E. 46), apparently appealing the M&R before the district court had ruled on it, and before any certificate of appealability had been granted as to any issue in this habeas corpus action. *See* 28 U.S.C. § 2253(c). Petitioner's notice of appeal is considered timely as of the date of this order. *See* Fed. R. App. P. 3(a), 4(a)(1)(A).