UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| VICTOR HUGO CANALES., | § | |
| Petitioner, | § § § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-00330 |
| LORIE DAVIS, | § § § | |
| Respondent. | § § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DENY PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGEMENT

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"), entered on February 3, 2021. (D.E. 57). The M&R recommends that the Court deny Petitioner's construed motion to alter or amend the judgment (D.E. 56) under Rule 59(e) for failure to identify a manifest error of law or fact or present newly discovered evidence.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* U.S.C. § 636(b)(1); FED R. CIV. P. 72(b); General Order No. 2002-13. Petitioner timely filed objections to the M&R. (D.E. 64).

The Court has carefully reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of Petitioner, the record, and the applicable law, and finds that the M&R is not clearly erroneous or contrary to law. Therefore, the Court **ADOPTS** the M&R in its entirety. (D.E. 57). Accordingly, Petitioner's motion is **DENIED**. (D.E. 56).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
July 7, 2021

1 / 1